# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:  )
Facebook User IDs zelda.fly; tiffany.fly.7;  )
dillion.fly; canya.fly; and tony.fly.73        )        Case No. 1:16-mj-260

---

The court **ORDERS** that all the materials associated with the above-captioned Search

Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search

Warrant Return, and the Government's motion shall remain sealed until February 15, 2017, at which

time this matter shall be unsealed absent further order of the court to the contrary.

Dated this 8th day of November, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court